|   |   |   |
|---|---|---|
| 1 | | THE HONORABLE RICHARD A. JONES |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| VICKY CORNELL, individually, and in her capacity as the Personal Representative of the Estate of Christopher John Cornell a/k/a Chris Cornell,<br><br>Plaintiffs,<br><br>v.<br><br>SOUNDGARDEN, a purported Washington General Partnership, KIM A. THAYIL, MATT D. CAMERON, HUNTER BENEDICT SHEPHERD, RIT VENERUS and CAL FINANCIAL GROUP, Inc.,<br><br>Defendants. | No. 2:20-cv-01218−RAJ−MAT<br><br>STIPULATED MOTION AND [PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO AMEND COMPLAINT<br><br>**NOTE FOR MOTION CALENDAR: NOVEMBER 4, 2020** |

Pursuant to Federal Rule of Civil Procedure 15(a)(2) and LCR 15, the Parties to the above-captioned action stipulate that Plaintiffs shall have leave to file an amended complaint as reflected in Exhibits 1 and 2 attached hereto.  Further to LCR 15, Exhibit 1 is Plaintiffs' proposed amended complaint, redlined to reflect changes from the complaint currently of record (Dkt. No. 1).  Exhibit 2 is a clean copy of the amended complaint, which Plaintiffs seek leave to file.  The Parties further stipulate that responses to the amended complaint will be due fourteen (14) days after Plaintiffs file the amended complaint, following entry of the Court's Order on this stipulation.

STIPULATED MOTION AND ORDER
(No. 2:20−cv−01218−RAJ−MAT) –1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

**IT IS SO ORDERED:**

DATED this <u>4th</u> day of November, 2020.

*[signature]*

Mary Alice Theiler
United States Magistrate Judge

Presented by:

By: *s/ William C. Rava*
William C. Rava #29948
Alison R. Caditz #51530
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
Email: WRava@perkinscoie.com
Email: ACaditz@perkinscoie.com

Martin D. Singer
David Binder Jonelis
**Lavely & Singer**
2049 Century Park East, Suite 2400
Los Angeles, CA 90067
Telephone: 310.556.3501
Email: mdsinger@lavelysinger.com
Email: djonelis@lavelysinger.com

James George Sammataro
**Pryor Cashman LLP**
201 South Biscayne Blvd., Suite 2700
Miami, FL 33131
Telephone: 786.582.3010
Email: jsammataro@pryorcashman.com

*Attorneys for Plaintiffs*

By: *s/ Paul H. Beattie*
Paul H. Beattie
**Gravis Law**
7920 SE Stellar Way
Snoqualmie, WA 98065
Telephone: 206.696.9095
Email: pbeattie@gravislaw.com

Gabriel G. Gregg
Matthew H. Poppe
**Rimon PC**
800 Oak Grove Ave, Suite 250
Menlo Park, CA 94025
Telephone: 408.669.5354
Email: gabriel.gregg@rimonlaw.com
Email: Matthew.Poppe@rimonlaw.com

*Attorneys for Soundgarden Defendants*

STIPULATED MOTION AND ORDER
(No. 2:20−cv−01218−RAJ−MAT)–2

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

By: *s/ Eliot M. Harris*
Eliot M. Harris
Jessica Marie Cox
**Williams Kastner**
Two Union Square
601 Union Street, Suite 4100
Seattle, WA  98101
Telephone: 206.628.6600
Email: eharris@williamskastner.com
Email: jcox@williamskastner.com

*Attorneys for Financial Defendants*

STIPULATED MOTION AND ORDER
(No. 2:20−cv−01218−RAJ−MAT)–3

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000