THE HONORABLE RICHARD A. JONES
THE HONORABLE MARY ALICE THEILER

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| VICKY CORNELL, individually, and in her capacity as the Personal Representative of the Estate of Christopher John Cornell a/k/a Chris Cornell,<br><br>Plaintiffs,<br><br>v.<br><br>SOUNDGARDEN, a purported Washington General Partnership, KIM A. THAYIL, MATT D. CAMERON, HUNTER BENEDICT SHEPHERD, RIT VENERUS and CAL FINANCIAL GROUP, Inc.,<br><br>Defendants. | No. 2:20-cv-01218−RAJ−MAT<br><br>STIPULATED MOTION AND [~~PROPOSED~~] ORDER GRANTING MOTION REGARDING PLEADINGS AND MOTIONS<br><br>**NOTE FOR MOTION CALENDAR: DECEMBER 17, 2020** |

In connection with the briefing on Defendants' two pending motions to dismiss (Dkt. Nos. 128 & 130), the Parties to the above-captioned action have discovered and agreed that there is an erroneous allegation contained in Paragraph 121 of Plaintiffs' First Amended Complaint (Dkt. No. 123), which should be corrected for factual accuracy. Additionally, while Plaintiffs dispute Defendants' contention that their equitable accounting claim is moot, Plaintiffs agree that the claim can be dismissed because, as a practical matter, Plaintiffs can secure the necessary accounting materials through discovery. (*See* Dkt. No. 128 at 11 & Dkt. No. 131 at 3 n.2.)

STIPULATED MOTION AND ORDER
(No. 2:20−cv−01218−RAJ−MAT) –1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

Accordingly, the Parties hereby stipulate that Plaintiffs shall replace the First Amended Complaint with a Second Amended Complaint that (1) removes the second sentence of paragraph 121 of the First Amended Complaint, and (2) deletes Count III (Equitable Accounting) of the First Amended Complaint, which is to be dismissed with prejudice.  Attached hereto as Exhibit 1 is a proposed Second Amended Complaint, redlined to reflect the Parties' proposed changes from the complaint of record.

The Parties further stipulate that Defendants will file Notices to Withdraw Pending Motions to Dismiss, pursuant to LCR 7(l), thereby withdrawing Docket Nos. 128, 129, 129-1, 129-2, 130, and 130-1, and mooting Docket Nos. 131, 132, 133, and 134.  The Parties further stipulate that Defendants may file renewed motions to dismiss no later than fourteen (14) days after Plaintiffs file the Second Amended Complaint, following entry of the Court's order on this stipulation.

**IT IS SO ORDERED:**

DATED this <u>17th</u> day of December, 2020.

_____
Mary Alice Theiler
United States Magistrate Judge

STIPULATED MOTION AND ORDER
(No. 2:20−cv−01218−RAJ−MAT)–2

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

Presented by:

By: *s/ William C. Rava*
William C. Rava #29948
Alison R. Caditz #51530
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Telephone: 206.359.8000
Email: WRava@perkinscoie.com
Email: ACaditz@perkinscoie.com

Martin D. Singer
David Binder Jonelis
**Lavely & Singer**
2049 Century Park East, Suite 2400
Los Angeles, CA  90067
Telephone: 310.556.3501
Email: mdsinger@lavelysinger.com
Email: djonelis@lavelysinger.com

James George Sammataro
**Pryor Cashman LLP**
201 South Biscayne Blvd., Suite 2700
Miami, FL  33131
Telephone: 786.582.3010
Email: jsammataro@pryorcashman.com

*Attorneys for Plaintiffs*

By: *s/ Paul H. Beattie*
Paul H. Beattie
**Gravis Law**
7920 SE Stellar Way
Snoqualmie, WA  98065
Telephone: 206.696.9095
Email: pbeattie@gravislaw.com

Gabriel G. Gregg
Matthew H. Poppe
**Rimon PC**
800 Oak Grove Ave, Suite 250
Menlo Park, CA  94025
Telephone: 408.669.5354
Email: gabriel.gregg@rimonlaw.com
Email: Matthew.Poppe@rimonlaw.com

*Attorneys for Soundgarden Defendants*

By: *s/ Eliot M. Harris*
Eliot M. Harris
Jessica Marie Cox
**Williams Kastner**
Two Union Square
601 Union Street, Suite 4100
Seattle, WA  98101
Telephone: 206.628.6600
Email: eharris@williamskastner.com
Email: jcox@williamskastner.com

*Attorneys for Financial Defendants*

STIPULATED MOTION AND ORDER
(No. 2:20−cv−01218−RAJ−MAT)–3

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000