|   |   |
|---|---|
|   | THE HONORABLE ROBERT S. LASNIK |
|   | THE HONORABLE MICHELLE L. PETERSON |

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| VICKY CORNELL, individually, and in her capacity, and as the Personal Representative of the Estate of Christopher John Cornell a/k/a Chris Cornell,<br><br>                    Plaintiffs,<br><br>v.<br><br>SOUNDGARDEN, a purported Washington General Partnership, KIM A. THAYIL, MATT D. CAMERON, HUNTER BENEDICT SHEPHERD, RIT VENERUS and CAL FINANCIAL GROUP, Inc.,<br><br>                    Defendants.<br><br>―――――――――――――――――<br><br>SOUNDGARDEN, a Washington General Partnership, and SOUNDGARDEN RECORDINGS LLC, a Delaware limited liability company,<br><br>                    Counter-Plaintiffs,<br><br>v.<br><br>Vicky Cornell, individually, and in her capacity as the Personal Representative of the Estate of Christopher John Cornell *a/k/a* Chris Cornell,<br><br>                    Counter-Defendants.. | Case No. 2:20-cv-01218−RSL−MLP<br><br>**NOTICE OF MOTION RENOTED AND AGREED BRIEFING SCHEDULE**<br><br>Clerk's Action Required |

NOTICE OF MOTION RENOTED AND AGREED BRIEFING SCHEDULE
(No. 2:20−cv−01218−RSL-MLP) –1

In accordance with Local Civil Rule 7(l) and by stipulation of the parties, Defendant and Counter-Plaintiff Soundgarden, a Washington General Partnership, Defendants Kim A. Thayil, Matt D. Cameron and Hunter Benedict Shepherd, and Counter-Plaintiff Soundgarden Recordings LLC (collectively the "Soundgarden Parties") shall re-note their Motion for Preliminary Injunction (Dkt. No. 155) to May 7, 2021. The parties further agree that the responses of plaintiffs Vicky Cornell, individually and in her capacity as the Personal Representative of the Estate of Christopher John Cornell ("Plaintiffs") shall be filed no later than Monday, April 26, 2021, and Soundgarden's Reply shall be filed no later than Friday, May 7, 2021.

Dated: April 5, 2021

By: s/__William C. Rava_____
    William C. Rava #29948
    Alison R. Caditz #51530
    **Perkins Coie LLP**
    1201 Third Avenue, Suite 4900
    Seattle, WA  98101-3099
    Telephone:  206.359.8000
    Email: WRava@perkinscoie.com
    Email: ACaditz@perkinscoie.com

    David Binder Jonelis
    Martin D Singer
    **Lavely & Singer**
    2049 Century Park East, Suite 2400
    Los Angeles, CA  90067
    Telephone:  310.556.3501
    Email: djonelis@lavelysinger.com
    Email: mdsinger@lavelysinger.com

    James George Sammataro
    **Pryor Cashman LLP**
    201 South Biscayne Blvd., Suite 2700
    Miami, FL  33131
    Telephone: 786.582.3010
    Email: jsammataro@pryorcashman.com

    *Attorneys for Plaintiffs*

By: s/ Paul H. Beattie_____
    Paul H. Beattie
    **Gravis Law**
    7920 SE Stellar Way
    Snoqualmie, WA  98065
    Telephone:  206.696.9095
    Email: pbeattie@gravislaw.com

    Gabriel G. Gregg
    Matthew H. Poppe
    **Rimon PC**
    800 Oak Grove Ave, Suite 250
    Menlo Park, CA  94025
    Telephone:  408.669.5354
    Email: gabriel.gregg@rimonlaw.com
    Email: Matthew.Poppe@rimonlaw.com

    *Attorneys for the Soundgarden Parties*

# CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send electronic notification of such filing to all CM/ECF participants.

Date: April 5, 2021

*s/ Gabriel G. Gregg*
Gabriel G. Gregg, Pro Hac Vice Admitted