THE HONORABLE ROBERT S. LASNIK
THE HONORABLE MICHELLE L. PETERSON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

VICKY CORNELL, individually, and in her capacity, and as the Personal Representative of the Estate of Christopher John Cornell a/k/a Chris Cornell,

Plaintiffs,

v.

SOUNDGARDEN, a purported Washington General Partnership, KIM A. THAYIL, MATT D. CAMERON, HUNTER BENEDICT SHEPHERD, RIT VENERUS and CAL FINANCIAL GROUP, Inc.,

Defendants.

_____

SOUNDGARDEN, a Washington General Partnership, SOUNDGARDEN RECORDINGS LLC, a Delaware limited liability company, STAGE MUTHA FAKIR, INC., a Washington Corporation, SG PRODUCTIONS, INC., a Washington Corporation, KIM A. THAYIL, MATT D. CAMERON, HUNTER BENEDICT SHEPHERD,

Counter-Plaintiffs,

v.

VICKY CORNELL, individually, and in her capacity as the Personal Representative of the Estate of Christopher John Cornell *a/k/a* Chris Cornell,

Counter-Defendants.

Case No. 2:20-cv-01218−RSL−MLP

**NOTICE BY THE SOUNDGARDEN PARTIES' OF WITHDRAWAL OF MOTION FOR PRELIMINARY INJUNCTION PURSUANT TO F.R.C.P. 65**

**NOTED ON MOTION CALENDAR:
June 18, 2021**

THE SOUNDGARDEN PARTIES' NOTICE OF WITHDRAWAL OF MOTION
FOR PRELIMINARY INJUNCTION (No. 2:20−cv−01218−RSL-MLP) −1

1

**TO THE COURT AND ALL ATTORNEYS OF RECORD**:

2

Please take notice that Defendants and Counter-Plaintiffs Soundgarden, a Washington

3

General Partnership ("Soundgarden"), Kim A. Thayil, Matt D. Cameron and Hunter Benedict

4

Shepherd, and Counter-Plaintiff Soundgarden Recordings LLC hereby withdraw their motion for

5

preliminary injunction ("Motion" Dkt. No. 155) against Plaintiffs and Counter-Defendants Vicky

6

Cornell, individually and in her capacity as the Personal Representative of the Estate of

7

Christopher John Cornell.

8

The Clerk of the Court is requested to take the Motion off calendar.

9

Date:  June 15, 2021                                    Respectfully submitted,

10

11

12                                    By: *s/ Paul H. Beattie*
                                           Paul H. Beattie, WSBA # 30277
13                                         **Gravis Law**
                                           7920 SE Stellar Way
14                                         Snoqualmie, WA  98065
                                           Telephone:  206.696.9095
15                                         Email: pbeattie@gravislaw.com

16                                         Gabriel G. Gregg
                                           Matthew H. Poppe
17                                         **Rimon PC**
                                           800 Oak Grove Ave, Suite 250
18                                         Menlo Park, CA  94025
                                           Telephone:  408.669.5354
19                                         Email: gabriel.gregg@rimonlaw.com
                                           Email: Matthew.Poppe@rimonlaw.com
20
                                           *Attorneys for the Soundgarden Parties*
21

22

23

24

25

26

27

28

THE SOUNDGARDEN PARTIES' NOTICE OF WITHDRAWAL OF MOTION
FOR PRELIMINARY INJUNCTION (No. 2:20−cv−01218− RSL-MLP)–2

1

**<u>CERTIFICATE OF SERVICE</u>**

2

3

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the

CM/ECF system, which will send electronic notification of such filing to all CM/ECF participants.

4

5

6

Date:  June 15, 2021

7

8

*s/ Gabriel G. Gregg*_____

Gabriel G. Gregg, Pro Hac Vice Admitted

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

THE SOUNDGARDEN PARTIES' NOTICE OF WITHDRAWAL OF MOTION
FOR PRELIMINARY INJUNCTION (No. 2:20−cv−01218− RSL-MLP)–3