THE HONORABLE ROBERT S. LASNIK
THE HONORABLE MICHELLE L. PETERSON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| VICKY CORNELL, individually, and in her capacity, and as the Personal Representative of the Estate of Christopher John Cornell a/k/a Chris Cornell,<br><br>                          Plaintiffs,<br>   v.<br><br>SOUNDGARDEN, a purported Washington General Partnership, KIM A. THAYIL, MATT D. CAMERON, HUNTER BENEDICT SHEPHERD, RIT VENERUS and CAL FINANCIAL GROUP, Inc.,<br>                          Defendants.<br><br>SOUNDGARDEN, a Washington General Partnership, SOUNDGARDEN RECORDINGS LLC, a Delaware limited liability company, STAGE MUTHA FAKIR, INC., a Washington Corporation, SG PRODUCTIONS, INC., a Washington Corporation, KIM A. THAYIL, MATT D. CAMERON, HUNTER BENEDICT SHEPHERD,<br>                          Counter-Plaintiffs,<br>   v.<br>VICKY CORNELL, individually, and in her capacity as the Personal Representative of the Estate of Christopher John Cornell a/k/a Chris Cornell,<br>                          Counter-Defendants. | No. 2:20-cv-01218−RSL−MLP<br><br>**NOTICE OF MOTION RE-NOTED OF DEFENDANT/COUNTER-PLAINTIFF SOUNDGARDEN'S MOTION TO COMPEL DOCUMENT PRODUCTION**<br><br>**(Clerk's Action Required)** |

NOTICE OF MOTION RENOTED OF SOUNDGARDEN'S
MOTION TO COMPEL DOCUMENT PRODUCTION– 1
No. 2:20-cv-01218−RSL−MLP

**CORR CRONIN LLP**
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900

In accordance with Local Civil Rule 7(l), Defendant and Counter-Plaintiff Soundgarden, a Washington General Partnership, hereby re-notes the Motion to Compel Document Production (Dkt. No. 191) from July 23, 2021 to July 30, 2021.

DATED this 13th day of July, 2021.

*s/ Eric A. Lindberg*
Michael A. Moore, WSBA No. 27047
Eric A. Lindberg, WSBA No. 43596
Nathan Y. Bishop, WSBA No. 57274
CORR CRONIN LLP
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Telephone: (206) 625-8600  Fax: (206) 625-0900
E-mail:   mmoore@corrcronin.com
              elindberg@corrcronin.com
              nbishop@corrcronin.com

Paul H Beattie, WSBA No. 30277
7920 SE Stellar Way
Snoqualmie, WA 98065
Telephone: (206) 696-9095
E-mail:   pbeattie@gravislaw.com

Gabriel G. Gregg, *admitted Pro Hac Vice*
Matthew H. Poppe, *admitted Pro Hac Vice*
Claire K. Mitchell, *admitted Pro Hac Vice*
RIMON PC
800 Oak Grove Avenue, Suite 250
Menlo Park, CA 94025
Telephone: (408) 669-5354
E-mail:   gabriel.gregg@rimonlaw.com
              matthew.poppe@rimonlaw.com
              claire.mitchell@rimonlaw.com

*Attorneys for Soundgarden and the Soundgarden Parties*

NOTICE OF MOTION RENOTED OF SOUNDGARDEN'S
MOTION TO COMPEL DOCUMENT PRODUCTION– 2
No. 2:20-cv-01218−RSL−MLP

**CORR CRONIN LLP**
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900

CERTIFICATE OF SERVICE

I hereby certify that on July 13, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Brendan S Everman
PROR CASHMAN LLP (FL)
201 S Biscayne Blvd Ste 2700
Miami, FL 33131
786-582-3007
Email: beverman@pryorcashman.com

David Binder Jonelis
LAVELY & SINGER
2049 Century Park East Ste 2400
Los Angeles, CA 90067
310-556-3501
Email: djonelis@lavelysinger.com

Martin D Singer
LAVELY & SINGER
2049 Century Park East Ste 2400
Los Angeles, CA 90067
310-556-3501
Email: mdsinger@lavelysinger.com

Alison Caditz
PERKINS COIE (SEA)
1201 3rd Ave Ste 4900
Seattle, WA 98101-3099
206-359-8000
Email: ACaditz@perkinscoie.com

James George Sammataro
PRYOR CASHMAN LLP
201 S Biscayne Blvd Ste 2700
Miami, FL 33131
786-582-3010
Email: jsammataro@pryorcashman.com

William C Rava
PERKINS COIE (SEA)
1201 3rd Ave Ste 4900
Seattle, WA 98101-3099
206-583-8888
Email: WRava@perkinscoie.com

Gabriel G. Gregg
RIMON PC
800 Oak Grove Ave Ste 250
Menlo Park, CA 94025
408-669-5354
Email: gabriel.gregg@rimonlaw.com

Paul H Beattie
7920 SE Stellar Way
Snoqualmie, WA 98065
206-696-9095
Email: pbeattie@gravislaw.com

Matthew H. Poppe
RIMON PC
800 Oak Grove Ave Ste 250
Menlo Park, CA 94025
650-461-4433
Email: Matthew.Poppe@rimonlaw.com

Benjamin Anthony Taormina
Holland and Knight
515 East Las Olas Boulevard, Suite 1200
Fort Lauderdale, FL 33301
954-468-7961
Email: benjamin.taormina@hklaw.com
*PRO HAC VICE PENDING*

Avery A. Dial
Kaufman Dolowich & Voluck
One Southeast 3rd Avenue Suite 1500
Fort Lauderdale, FL 33394
954-302-2360
Email: adial@kdvlaw.com
*PRO HAC VICE PENDING*

NOTICE OF MOTION RENOTED OF SOUNDGARDEN'S
MOTION TO COMPEL DOCUMENT PRODUCTION– 3
No. 2:20-cv-01218−RSL−MLP

CORR CRONIN LLP
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900

| | |
|---|---|
| 1 | Eliot M Harris |
| 2 | WILLIAMS KASTNER & GIBBS (SEA) |
|   | Two Union Square |
| 3 | 601 Union St, Ste 4100 |
|   | Seattle, WA 98101 |
| 4 | 206-628-6600 |
| 5 | Email: eharris@williamskastner.com |

Jessica Marie Cox
WILLIAMS KASTNER & GIBBS (SEA)
Two Union Square
601 Union St, Ste 4100
Seattle, WA 98101
206-628-6600
Email: jcox@williamskastner.com

Kevin D Tragesser
Kaufman Dolowich , Voluck, LLP
One Financial Plaza
100 SE 3rd Avenue Suite 1500
Fort Lauderdale, FL 33394
(954) 302-2652
Email: ktragesser@kdvlaw.com
*PRO HAC VICE PENDING*

                                            *s/ Eric A. Lindberg*
Eric A. Lindberg, WSBA No. 43596
Attorney for the Soundgarden Parties
CORR CRONIN LLP
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Telephone: (206) 625-8600
Fax: (206) 625-0900
E-mail: elindberg@corrcronin.com

---

NOTICE OF MOTION RENOTED OF SOUNDGARDEN'S
MOTION TO COMPEL DOCUMENT PRODUCTION– 4
No. 2:20-cv-01218−RSL−MLP

**CORR CRONIN LLP**
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900