THE HONORABLE ROBERT S. LASNIK
THE HONORABLE MICHELLE L. PETERSON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| VICKY CORNELL, individually, and in her capacity as the Personal Representative of the Estate of Christopher John Cornell a/k/a Chris Cornell,<br><br>Plaintiffs,<br><br>v.<br><br>SOUNDGARDEN, a purported Washington General Partnership, KIM A. THAYIL, MATT D. CAMERON, HUNTER BENEDICT SHEPHERD, RIT VENERUS and CAL FINANCIAL GROUP, INC.,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS | No. 2:20-cv-01218-RSL-MLP<br><br>**STIPULATED MOTION TO MODIFY SCHEDULING ORDER**<br><br>**NOTED ON MOTION CALENDAR: JULY 16, 2021** |

STIPULATED MOTION TO MODIFY SCHEDULING
ORDER  (No. 2:20-cv-01218-RSL-MLP) –

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

Plaintiffs Vicky Cornell, individually and in her capacity as personal representative of the Estate of Christopher John Cornell, and Defendants Soundgarden, Kim A. Thayil, Matt D. Cameron, Hunter Benedict Shepherd, Soundgarden Recordings, LLC, Stage Mutha Fakir, Inc., SG Productions, Inc., and Loud Love Music (collectively, the "Parties"), hereby stipulate to modify the Court's April 26 scheduling order (Dkt. No. 173 at 8) as follows:

| Event | Existing Deadline | Proposed New Deadline |
|---|---|---|
| Reports of expert witnesses under FRCP 26(a)(2) due | July 22, 2021 | August 5, 2021 |
| Rebuttal expert disclosures under FRCP 26(a)(2) due | August 20, 2021 | August 27, 2021 |
| Expert discovery completed by | August 20, 2021 | September 10, 2021 |
| Fact discovery completed by | August 20, 2021 | September 17, 2021 |
| All motions to exclude testimony for failure to satisfy *Daubert* must be filed pursuant to LCR 7(d) | September 20, 2021 | September 20, 2021* (no change) |
| Buyout Valuation Hearing pursuant to RCW 25.05.250 | October 20, 2021 | October 20, 2021* (no change) |
| All dispositive motions must be filed pursuant to LCR 7(d) | November 22, 2021 | November 22, 2021* (no change) |

The Parties agree that "good cause" exists to modify the Court's scheduling order under Federal Rule of Civil Procedure 16(b)(4). *See also* LCR 16(b)(6); *Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 609 (9th Cir. 1992). Good cause exists to modestly extend certain fact and expert discovery deadlines in the scheduling order given ongoing discussions between the Parties concerning potential resolution of this dispute. To be clear, the proposed extensions do not affect the motion deadline (still September 20) or the scheduled date of the Buyout Valuation Hearing (still October 20, 2021), and therefore affect only the Parties.

The Parties therefore respectfully request that the Court modify the April 26 scheduling order as set forth above.

STIPULATED MOTION TO MODIFY SCHEDULING
ORDER (No. 2:20-cv-01218-RSL-MLP) – 2

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

1  **IT IS SO ORDERED:**

2  DATED this 19th day of July, 2021

_____
MICHELLE L. PETERSON
United States Magistrate Judge

STIPULATED MOTION TO MODIFY SCHEDULING
ORDER (No. 2:20-cv-01218-RSL-MLP) – 3

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

Presented by:

By: s/ *William C. Rava*
By: s/ *Alison R. Caditz*
   William C. Rava #29948
   Alison R. Caditz #51530
   **Perkins Coie LLP**
   1201 Third Avenue, Suite 4900
   Seattle, WA  98101-3099
   Telephone: 206.359.8000
   Email: WRava@perkinscoie.com
   Email: ACaditz@perkinscoie.com

   Martin D. Singer *(pro hac vice)*
   David Binder Jonelis *(pro hac vice)*
   **Lavely & Singer**
   2049 Century Park East, Suite 2400
   Los Angeles, CA  90067
   Telephone: 310.556.3501
   Email: djonelis@lavelysinger.com
   Email: mdsinger@lavelysinger.com

   James George Sammataro *(pro hac vice)*
   Brendan S. Everman *(pro hac vice)*
   **Pryor Cashman LLP**
   201 South Biscayne Blvd., Suite 2700
   Miami, FL  33131
   Telephone: 786.582.3010
   Email: jsammataro@pryorcashman.com
   Email: beverman@pryorcashman.com

  *Attorneys for Plaintiffs*

By: *s/ Eric A. Lindberg*
   Paul H. Beattie
   **Gravis Law**
   7920 SE Stellar Way
   Snoqualmie, WA 98065
   Telephone: 206.696.9095
   Email: pbeattie@gravislaw.com

   Gabriel G. Gregg
   Matthew H. Poppe
   **Rimon PC**
   800 Oak Grove Ave, Suite 250
   Menlo Park, CA 94025
   Telephone: 408.669.5354
   Email: gabriel.gregg@rimonlaw.com
   Email: Matthew.Poppe@rimonlaw.com

   Michael A. Moore, WSBA No. 27047
   Eric A. Lindberg, WSBA No. 43596
   Nathan Y. Bishop, WSBA No. 57274
   **Corr Cronin LLP**
   1001 Fourth Avenue, Suite 3900
   Seattle, WA 98154
   Telephone: 206.625.8600
   Email: mmoore@corrcronin.com
   Email: elindberg@corrcronin.com
   Email: nbishop@corrcronin.com

  *Attorneys for Defendants*


By: s/ *Eliot M. Harris*
   Eliot M. Harris
   Jessica M. Cox
   **Williams Kastner & Gibbs PLLC**
   601 Union Street, Suite 4100
   Seattle, WA  98101
   Telephone:  206.628.6600
   Email: eharris@williamskastner.com
   Email: jcox@williamskastner.com

  *Attorneys for Financial Defendants*

STIPULATED MOTION TO MODIFY SCHEDULING
ORDER  (No. 2:20-cv-01218-RSL-MLP) – 4

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000