UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

VICKY CORNELL,

          Plaintiff,

  v.

SOUNDGARDEN, *et al.*,

          Defendants.

Case No. C20-1218-RSL-MLP

ORDER

This matter is before this Court due to the expiration of the Court's Order for Grant of Litigation Stay. (*See* dkt. # 214.) Despite having agreed to a binding memorandum of understanding (*see id.* at 1), the parties notified this Court's courtroom deputy on January 5, 2022, that their efforts to finalize a settlement prior to expiration of the stay were unsuccessful.

The Court concludes that the parties should continue their efforts to finalize a settlement with the assistance of a settlement judge. Pursuant to Local Civil Rule 39.1(e), the Court ORDERS the parties to engage in a judicial settlement conference. The parties should provide a list of three magistrate and/or bankruptcy judges acceptable to all parties to Kerry Simonds, courtroom deputy for the Honorable Robert S. Lasnik, no later than **January 21, 2022**. Judge Lasnik will select a settlement judge.

ORDER - 1

The Clerk is directed to send copies of this order to the parties and to the Honorable Robert S. Lasnik.

Dated this 6th day of January, 2022.

MICHELLE L. PETERSON
United States Magistrate Judge

ORDER - 2