UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

VICKY CORNELL,

            Plaintiff,

   v.

SOUNDGARDEN, *et al.*,

            Defendants.

Case No. C20-1218-RSL-MLP

MINUTE ORDER

The following Minute Order is made at the direction of the Court, the Hon. Michelle L. Peterson, United States Magistrate Judge:

On September 7, 2021, pursuant to the parties' stipulation, the Court entered an Order staying this litigation for purposes of finalizing settlement. ("Stay Order" (dkt. # 214).) On February 8, 2022, the Honorable Robert S. Lasnik appointed United States Bankruptcy Chief Judge Marc Barreca to act as settlement judge in this matter. (Dkt. # 219.) On December 8, 2022, Judge Barreca filed notice that the settlement conferences had concluded without settlement being reached. (Dkt. # 221.)

Accordingly, pursuant to the Stay Order (dkt. # 214), the Court hereby ORDERS:

(1) The parties shall submit a joint scheduling report by **December 28, 2022**.

MINUTE ORDER - 1

(2) A scheduling conference is set for **Wednesday, January 4, 2023, at 1:30 p.m.** on Zoomgov.com platform. The clerk will send Zoom invites.

Dated this 9th day of December, 2022.

Ravi Subramanian
Clerk of Court

By: Tim Farrell
Deputy Clerk

MINUTE ORDER - 2