|   |   |
|---|---|
| 1 | THE HONORABLE ROBERT S. LASNIK |
| 2 | THE HONORABLE MICHELLE L. PETERSON |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

VICKY CORNELL, individually, and in her capacity as the Personal Representative of the Estate of Christopher John Cornell a/k/a Chris Cornell,

Plaintiffs,

v.

SOUNDGARDEN, a purported Washington General Partnership, KIM A. THAYIL, MATT D. CAMERON, HUNTER BENEDICT SHEPHERD, RIT VENERUS and CAL FINANCIAL GROUP, INC.,

Defendants.

SOUNDGARDEN, a purported Washington General Partnership, SOUNDGARDEN RECORDINGS LLC, a Delaware limited liability company, STAGE MUTHA FAKIR, INC., a Washington Corporation, SG PRODUCTIONS, INC., a Washington Corporation, KIM A. THAYIL, MATT D. CAMERON, HUNTER BENEDICT SHEPHERD,

Counter-Plaintiffs,

v.

VICKY CORNELL, individually, and in her capacity as the Personal Representative of the Estate of Christopher John Cornell a/k/a Chris Cornell,

Counter-Defendants.

No. 2:20-cv-01218-RSL-MLP

**JOINT SCHEDULING REPORT**

JOINT SCHEDULING REPORT
(No. 2:20−cv−01218−RAJ−MAT) – 1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

Pursuant to the Court's December 9, 2022 Minute Order (Dkt. No. 222), the Parties—Vicky Cornell, individually and in her capacity as the Personal Representative of the Estate of Christopher John Cornell (collectively, the "Estate Parties"); Soundgarden, Kim A. Thayil, Matt D. Cameron, Hunter Benedict Shepherd, Soundgarden Recordings, LLC ("SGR"), Stage Mutha Fakir, Inc., SG Productions, Inc., and Loud Love Music (collectively, "Soundgarden Parties"); and Rit Venerus and Cal Financial Group, Inc. (collectively, " Cal Financial Parties")—submit the following Joint Scheduling Report, as discussed by the Parties' counsel at a conference on December 14, 2022:

1.   **Pending Motions**

There are three pending motions before the Court: (1) the Cal Financial Parties' Motion to Dismiss the Estate Parties' Second Amended Complaint (Dkt. No. 141); (2) Soundgarden, Thayil, Cameron, and Shepherd's Motion to Dismiss the Estate Parties' Second Amended Complaint (Dkt. No. 142); and (3) the Estate Parties' Motion to Dismiss Soundgarden and SGR's Second Amended Counterclaims (Dkt. 176).

**Motions to Dismiss the Second Amended Complaint.** Magistrate Peterson recommended that the Court grant both motions to dismiss the Estate Parties' Second Amended Complaint (Dkt. Nos. 141 & 142) in a Report and Recommendation, dated March 19, 2021. Dkt. No. 153. The Estate Parties submitted Objections to the Report and Recommendation (Dkt. No. 162) and the Cal Financial Parties and Soundgarden, Thayil, Cameron, and Shepherd responded (Dkt. Nos. 169 & 170). On July 22, 2021, Judge Lasnik scheduled oral argument on the Estate Parties' Objections to the Report and Recommendation for September 10, 2021. The stay of litigation was entered on September 7, 2021, three days before oral argument was to be held. Dkt. No. 214.

**Motion to Dismiss Second Amended Counterclaims.** Magistrate Peterson recommended that the Court grant the Estate Parties' Motion to Dismiss Soundgarden and SGR's Second Amended Counterclaims (Dkt. No. 176) in a Report and Recommendation, dated July 15,

JOINT SCHEDULING REPORT
(No. 2:20−cv−01218−RAJ−MAT) – 2

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

2021. Dkt. No. 194. Soundgarden and SGR submitted Objections to the Report and Recommendation (Dkt. No. 204) and the Estate Parties responded (Dkt. No. 208). The Soundgarden parties had requested that oral argument be scheduled concurrently with argument on the Motions to Dismiss the Second Amended Complaint. As of September 7, 2021, when the litigation stay was issued, Judge Lasnik had not resolved the underlying motion.

**The pending motions and discovery.** The resolution of the Cal Financial Parties' motion to dismiss will dictate whether they remain parties to Copyright Action and should participate in the majority of the remaining depositions (13 total). The Parties therefore agree that the Motions to Dismiss the Second Amended Complaint (Dkt. Nos. 141 & 142)—addressed together in Magistrate Peterson's Report and Recommendation—should, in the interest of efficiency and to the extent possible, be prioritized. The Parties propose that oral argument on the Estate Parties' Objections to the Report and Recommendation be rescheduled before Judge Lasnik at the Court's earliest convenience. Soundgarden renews its request to schedule oral argument regarding the Motion to Dismiss the Second Amended Counterclaims at the same hearing.

2. **Buyout Action and Copyright Action Deadlines**

The Parties propose that the Court modify the existing case schedule (Dkt. No. 196) as follows:

- The Estate Parties and Soundgarden disagree as to a proposed deadline for expert and fact discovery. The Estate Parties propose that the deadline be June 9, 2023; the Soundgarden Parties propose that the deadline be April 28, 2023. The Cal Financial Parties do not have a preference on this date and defer to the Court and the other parties.

- *Daubert* motion filed by June 23, 2023

- Buyout Valuation Hearing: July 25-27, 2023[1]

---

[1] The Parties additionally seek the Court's guidance as to the applicability of the Local Rule 16 pretrial order requirements and process to the Buyout Valuation Hearing.

JOINT SCHEDULING REPORT
(No. 2:20−cv−01218−RAJ−MAT) – 3

- Dispositive motions in Copyright Action filed by August 31, 2023

These proposed deadlines track the sequence and relative timing of deadlines in the Court's scheduling order at the time of the litigation stay. The Parties further submit that the proposed deadlines are appropriate given the substantial discovery that remains in both actions, including 13 fact and expert depositions, additional written discovery, the potential need for motion practice on discovery issues, as well as the time needed for both Parties to engage in discovery following a lengthy stay.

JOINT SCHEDULING REPORT
(No. 2:20−cv−01218−RAJ−MAT) – 4

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

DATED this 28th day of December, 2022.

By: *s/ William C. Rava*
William C. Rava, WSBA No. 29948
Alison R. Caditz, WSBA No. 51530
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Telephone:  206.359.8000
Email: WRava@perkinscoie.com
Email: ACaditz@perkinscoie.com

David Binder Jonelis
Martin D Singer
**Lavely & Singer**
2049 Century Park East, Suite 2400
Los Angeles, CA  90067
Telephone:  310.556.3501
Email: djonelis@lavelysinger.com
Email: mdsinger@lavelysinger.com

James George Sammataro
**Pryor Cashman LLP**
201 South Biscayne Boulevard, Suite 2700
Miami, FL  33131
Telephone: 786.582.3010
Email: jsammataro@pryorcashman.com

*Attorneys for the Estate Parties*

By: *s/ Eric A. Lindberg*
Michael A. Moore, WSBA No. 27047
Eric A. Lindberg, WSBA No. 43596
Nathan Y. Bishop, WSBA No. 57274
**Corr Cronin LLP**
1001 Fourth Avenue, Suite 3900
Seattle, WA 98154
Telephone: 206.625.8600
Email: mmoore@corrcronin.com
Email: elindberg@corrcronin.com
Email: nbishop@corrcronin.com

Gabriel G. Gregg
Matthew H. Poppe
**Rimon PC**
800 Oak Grove Ave, Suite 250
Menlo Park, CA  94025
Telephone:  408.669.5354
Email: gabriel.gregg@rimonlaw.com
Email: Matthew.Poppe@rimonlaw.com

Paul H. Beattie
**Gravis Law**
7920 SE Stellar Way
Snoqualmie, WA  98065
Telephone:  206.696.9095
Email: pbeattie@gravislaw.com

*Attorneys for Soundgarden Parties*

By: *s/ Eliot M. Harris*
Eliot M. Harris, WSBA No. 36590
Jessica M. Cox, WSBA No. 53027
**Williams Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, WA  98101
Telephone:  206.628.6600
Email: eharris@williamskastner.com
Email: jcox@williamskastner.com

*Attorneys for Cal Financial Parties*

JOINT SCHEDULING REPORT
(No. 2:20−cv−01218−RAJ−MAT) – 5

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000