THE HONORABLE ROBERT S. LASNIK
THE HONORABLE MICHELLE L. PETERSON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| VICKY CORNELL, individually, and in her capacity, and as the Personal Representative of the Estate of Christopher John Cornell a/k/a Chris Cornell,<br><br>               Plaintiffs,<br>   v.<br><br>SOUNDGARDEN, a purported Washington General Partnership, KIM A. THAYIL, MATT D. CAMERON, HUNTER BENEDICT SHEPHERD, RIT VENERUS and CAL FINANCIAL GROUP, Inc.,<br><br>               Defendants. | No. 2:20-cv-01218−RSL−MLP<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL** |
| SOUNDGARDEN, a Washington General Partnership, SOUNDGARDEN RECORDINGS LLC, a Delaware limited liability company, STAGE MUTHA FAKIR, INC., a Washington Corporation, SG PRODUCTIONS, INC., a Washington Corporation, KIM A. THAYIL, MATT D. CAMERON, HUNTER BENEDICT SHEPHERD,<br><br>               Counter-Plaintiffs,<br>   v.<br>VICKY CORNELL, individually, and in her capacity as the Personal Representative of the Estate of Christopher John Cornell a/k/a Chris Cornell,<br>               Counter-Defendants. | |

NOTICE OF WITHDRAWAL OF COUNSEL
No. 2:20-cv-01218−RSL−MLP – 1

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104
Tel (206) 625-8600
Fax (206) 625-0900

1  TO: THE CLERK OF THE COURT

2  AND TO: ALL PARTIES AND THEIR COUNSEL OF RECORD

3  PLEASE TAKE NOTICE, pursuant to LCR 83(b)(2) that Matthew H. Poppe withdraws as counsel on behalf of Soundgarden and the Soundgarden Parties ("Soundgarden"). Soundgarden remains represented by all other undersigned counsel.

This withdrawal shall be effective immediately.

DATED this 30th day of November, 2023.

*s/ Eric Lindberg*
Michael A. Moore, WSBA No. 27047
Eric A. Lindberg, WSBA No. 43596
CORR CRONIN LLP
1015 Second Avenue, Floor 10
Seattle, Washington 98104
Telephone: (206) 625-8600  Fax: (206) 625-0900
E-mail:   mmoore@corrcronin.com
          elindberg@corrcronin.com

*s/ Matthew H. Poppe*
Gabriel G. Gregg, *admitted Pro Hac Vice*
Matthew H. Poppe, *admitted Pro Hac Vice*
Claire K. Mitchell, *admitted Pro Hac Vice*
RIMON PC
800 Oak Grove Avenue, Suite 250
Menlo Park, CA 94025
Telephone: (408) 669-5354
E-mail:   gabriel.gregg@rimonlaw.com
          matthew.poppe@rimonlaw.com
          claire.mitchell@rimonlaw.com

*Attorneys for Soundgarden and the Soundgarden Parties*

NOTICE OF WITHDRAWAL OF COUNSEL
No. 2:20-cv-01218−RSL−MLP – 2

CORR CRONIN LLP
1015 Second Avenue, Floor 10
Seattle, Washington 98104
Tel (206) 625-8600
Fax (206) 625-0900

## DECLARATION OF SERVICE

The undersigned declares as follows:

1. I am employed at Corr Cronin LLP, attorneys for the Soundgarden Parties herein.

2. On this date, I caused true and correct copies of the foregoing to be served on the attorneys of record herein via ECF to the following:

| | |
|---|---|
| Brendan S Everman<br>James George Sammataro<br>PRYOR CASHMAN LLP<br>201 S Biscayne Blvd Ste 2700<br>Miami, FL 33131<br>786-582-3007<br>786-582-3010<br>beverman@pryorcashman.com<br>jsammataro@pryorcashman.com | Claire Mitchell<br>RIMON PC<br>200 E. Carrillo St. Suite 201<br>Santa Barbara, CA 943101<br>805-892-7400<br>claire.mitchell@rimonlaw.com |
| David Binder Jonelis<br>Martin D Singer<br>LAVELY & SINGER<br>2049 Century Park East Ste 2400<br>Los Angeles, CA 90067<br>310-556-3501<br>djonelis@lavelysinger.com<br>mdsinger@lavelysinger.com | Gabriel G. Gregg<br>RIMON PC<br>800 Oak Grove Ave Ste 250<br>Menlo Park, CA 94025<br>408-669-5354<br>gabriel.gregg@rimonlaw.com |
| Alison Caditz<br>William C Rava<br>PERKINS COIE (SEA)<br>1201 3rd Ave Ste 4900<br>Seattle, WA 98101-3099<br>206-359-8000<br>ACaditz@perkinscoie.com<br>WRava@perkinscoie.com | Juan C. Antúnez<br>Stokes McMillan Antunez<br>Martinez-Lejarza P.A.<br>9130 South Dadeland Boulevard, Suite 1901<br>Miami, FL 33156<br>305-379-4008<br>jantunez@smpalaw.com |
| | Matthew H. Poppe<br>RIMON PC<br>800 Oak Grove Ave Ste 250<br>Menlo Park, CA 94025<br>650-461-4433<br>Matthew.Poppe@rimonlaw.com |
| Eliot M Harris<br>Jessica Marie Cox<br>WILLIAMS KASTNER & GIBBS (SEA)<br>Two Union Square<br>601 Union St, Ste 4100<br>Seattle, WA 98101<br>206-628-6600<br>eharris@williamskastner.com<br>jcox@williamskastner.com | Paul H Beattie<br>7920 SE Stellar Way<br>Snoqualmie, WA 98065<br>206-696-9095<br>pbeattie@gravislaw.com |

NOTICE OF WITHDRAWAL OF COUNSEL
No. 2:20-cv-01218−RSL−MLP – 3

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104
Tel (206) 625-8600
Fax (206) 625-0900

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

DATED this 30th day of November, 2023, at Seattle, Washington.

*s/ Monica Dawson*
Monica Dawson

NOTICE OF WITHDRAWAL OF COUNSEL
No. 2:20-cv-01218−RSL−MLP – 4

CORR CRONIN LLP
1015 Second Avenue, Floor 10
Seattle, Washington 98104
Tel (206) 625-8600
Fax (206) 625-0900