THE HONORABLE ROBERT S. LASNIK
THE HONORABLE MICHELLE L. PETERSON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

VICKY CORNELL, individually, and in her capacity, and as the Personal Representative of the Estate of Christopher John Cornell a/k/a Chris Cornell,

Plaintiffs,

v.

SOUNDGARDEN, a purported Washington General Partnership, KIM A. THAYIL, MATT D. CAMERON, HUNTER BENEDICT SHEPHERD, RIT VENERUS and CAL FINANCIAL GROUP, Inc.,

Defendants.

SOUNDGARDEN, a Washington General Partnership, SOUNDGARDEN RECORDINGS LLC, a Delaware limited liability company, STAGE MUTHA FAKIR, INC., a Washington Corporation, SG PRODUCTIONS, INC., a Washington Corporation, KIM A. THAYIL, MATT D. CAMERON, HUNTER BENEDICT SHEPHERD,

Counter-Plaintiffs,

v.

VICKY CORNELL, individually, and in her capacity as the Personal Representative of the Estate of Christopher John Cornell a/k/a Chris Cornell,

Counter-Defendants.

No. 2:20-cv-01218−RSL−MLP

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

**(PROPOSED)**

**(*Clerk's Action Required*)**

STIPULATION AND ORDER OF DISMISSAL
WITH PREJUDICE
No. 2:20-cv-01218−RSL−MLP – 1

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104
Tel (206) 625-8600
Fax (206) 625-0900

1

## STIPULATION

2

COME NOW All Parties, by and through their respective attorneys of record, and

3

hereby stipulate to the dismissal of all claims between and among them in the above-titled

4

action with prejudice and without costs or attorneys' fees awarded to any party.

5

STIPULATED to this 2nd day of April, 2024.

6

7

8
*s/ David Binder Jonelis*                          *s/ Eric A. Lindberg*
William C. Rava, WSBA No. 29948          Gabriel G. Gregg
Alison R. Caditz, WSBA No. 51530          Claire Mitchell

9
**PERKINS COIE LLP**                          **RIMON PC**

10
1201 Third Avenue, Suite 4900               800 Oak Grove Ave, Suite 250
Seattle, WA  98101-3099                         Menlo Park, CA  94025

11
Telephone:  206.359.8000                       Telephone:  408.669.5354
Email: WRava@perkinscoie.com            Email: gabriel.gregg@rimonlaw.com

12
Email: ACaditz@perkinscoie.com          Email: claire.mitchell@rimonlaw.com

13
David Binder Jonelis                              Michael A. Moore, WSBA No. 27047

14
Martin D Singer                                     Eric A. Lindberg, WSBA No. 43596
**LAVELY & SINGER**                          **CORR CRONIN LLP**

15
2049 Century Park East, Suite 2400        1001 Fourth Avenue, Suite 3900
Los Angeles, CA  90067                         Seattle, WA  98154

16
Telephone:  310.556.3501                       Telephone:  206.625.8600
Email: djonelis@lavelysinger.com          Email:  mmoore@corrcronin.com

17
Email: mdsinger@lavelysinger.com       Email:  elindberg@corrcronin.com

18
James George Sammataro                        *Attorneys for the Soundgarden Parties*

19
Brandon S. Everman
**PRYOR CASHMAN LLP**

20
201 South Biscayne Blvd., Suite 2700
Miami, FL  33131

21
Telephone: 786.582.3010
Email: jsammataro@pryorcashman.com

22
Email: beverman@pryorcashman.com

23
*Attorneys for Plaintiffs*

24

25

STIPULATION AND ORDER OF DISMISSAL
WITH PREJUDICE
No. 2:20-cv-01218−RSL−MLP – 2

1

*s/ Eliot M. Harris*
Eliot M. Harris, WSBA No. 36590
Sean D. Leake, WSBA No. 52658
**WILLIAMS KASTNER & GIBBS PLLC**
601 Union Street, Suite 4100
Seattle, WA  98101
Telephone:  206.628.6600
Email: eharris@williamskastner.com
Email: dleake@williamskastner.com

*Attorneys for Cal Financial Group, Inc. and Rit Venerus*

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

STIPULATION AND ORDER OF DISMISSAL
WITH PREJUDICE
No. 2:20-cv-01218−RSL−MLP – 3

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104
Tel (206) 625-8600
Fax (206) 625-0900

1

## **ORDER**

2

3          This matter comes before the Court on the stipulation of All Parties, and based on the

4     above stipulation now, therefore, it is hereby ORDERED that all claims between and among

5     the parties are hereby dismissed, with prejudice and without costs or attorneys' fees awarded to

6     any party.

7          DATED this __ day of April, 2024.

8

9

10                                                    _____
                                                      HONORABLE ROBERT S. LASNIK
11                                                    United States District Chief Judge

12

13     Presented by:

14     *s/ David Binder Jonelis*                      *s/ Eric A. Lindberg*
       William C. Rava, WSBA No. 29948               Gabriel G. Gregg
15     Alison R. Caditz, WSBA No. 51530              Claire Mitchell
       **PERKINS COIE LLP**                          **RIMON PC**
16     1201 Third Avenue, Suite 4900                 800 Oak Grove Ave, Suite 250
       Seattle, WA  98101-3099                       Menlo Park, CA  94025
17     Telephone:  206.359.8000                      Telephone:  408.669.5354
       Email: WRava@perkinscoie.com                  Email: gabriel.gregg@rimonlaw.com
18     Email: ACaditz@perkinscoie.com                Email: claire.mitchell@rimonlaw.com

19
       David Binder Jonelis                          Michael A. Moore, WSBA No. 27047
20     Martin D Singer                               Eric A. Lindberg, WSBA No. 43596
       **LAVELY & SINGER**                           **CORR CRONIN LLP**
21     2049 Century Park East, Suite 2400            1001 Fourth Avenue, Suite 3900
       Los Angeles, CA  90067                        Seattle, WA  98154
22     Telephone:  310.556.3501                      Telephone:  206.625.8600
       Email: djonelis@lavelysinger.com              Email:  mmoore@corrcronin.com
23     Email: mdsinger@lavelysinger.com              Email:  elindberg@corrcronin.com

24
       James George Sammataro                        *Attorneys for the Soundgarden Parties*
25     Brandon S. Everman

STIPULATION AND ORDER OF DISMISSAL
WITH PREJUDICE
No. 2:20-cv-01218−RSL−MLP – 4

**PRYOR CASHMAN LLP**
201 South Biscayne Blvd., Suite 2700
Miami, FL  33131
Telephone: 786.582.3010
Email: jsammataro@pryorcashman.com
Email: beverman@pryorcashman.com

*Attorneys for Plaintiffs*

s/ Eliot M. Harris
Eliot M. Harris, WSBA No. 36590
Sean D. Leake, WSBA No. 52658
**WILLIAMS KASTNER & GIBBS PLLC**
601 Union Street, Suite 4100
Seattle, WA  98101
Telephone:  206.628.6600
Email: eharris@williamskastner.com
Email: dleake@williamskastner.com

*Attorneys for Cal Financial Group, Inc. and Rit Venerus*

STIPULATION AND ORDER OF DISMISSAL
WITH PREJUDICE
No. 2:20-cv-01218−RSL−MLP – 5