THE HONORABLE ROBERT S. LASNIK
THE HONORABLE MICHELLE L. PETERSON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| VICKY CORNELL, individually, and in her capacity, and as the Personal Representative of the Estate of Christopher John Cornell a/k/a Chris Cornell,<br><br>            Plaintiffs,<br>  v.<br><br>SOUNDGARDEN, a purported Washington General Partnership, KIM A. THAYIL, MATT D. CAMERON, HUNTER BENEDICT SHEPHERD, RIT VENERUS and CAL FINANCIAL GROUP, Inc.,<br><br>            Defendants. | No. 2:20-cv-01218−RSL−MLP<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**<br><br>(*Clerk's Action Required*) |
| SOUNDGARDEN, a Washington General Partnership, SOUNDGARDEN RECORDINGS LLC, a Delaware limited liability company, STAGE MUTHA FAKIR, INC., a Washington Corporation, SG PRODUCTIONS, INC., a Washington Corporation, KIM A. THAYIL, MATT D. CAMERON, HUNTER BENEDICT SHEPHERD,<br><br>            Counter-Plaintiffs,<br>  v.<br>VICKY CORNELL, individually, and in her capacity as the Personal Representative of the Estate of Christopher John Cornell a/k/a Chris Cornell,<br>            Counter-Defendants. | |

STIPULATION AND ORDER OF DISMISSAL
WITH PREJUDICE
No. 2:20-cv-01218−RSL−MLP – 1

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104
Tel (206) 625-8600
Fax (206) 625-0900

# STIPULATION

COME NOW All Parties, by and through their respective attorneys of record, and hereby stipulate to the dismissal of all claims between and among them in the above-titled action with prejudice and without costs or attorneys' fees awarded to any party.

STIPULATED to this 2nd day of April, 2024.

| | |
|---|---|
| *s/ David Binder Jonelis* | *s/ Eric A. Lindberg* |
| William C. Rava, WSBA No. 29948 | Gabriel G. Gregg |
| Alison R. Caditz, WSBA No. 51530 | Claire Mitchell |
| **PERKINS COIE LLP** | **RIMON PC** |
| 1201 Third Avenue, Suite 4900 | 800 Oak Grove Ave, Suite 250 |
| Seattle, WA 98101-3099 | Menlo Park, CA 94025 |
| Telephone: 206.359.8000 | Telephone: 408.669.5354 |
| Email: WRava@perkinscoie.com | Email: gabriel.gregg@rimonlaw.com |
| Email: ACaditz@perkinscoie.com | Email: claire.mitchell@rimonlaw.com |
| | |
| David Binder Jonelis | Michael A. Moore, WSBA No. 27047 |
| Martin D Singer | Eric A. Lindberg, WSBA No. 43596 |
| **LAVELY & SINGER** | **CORR CRONIN LLP** |
| 2049 Century Park East, Suite 2400 | 1001 Fourth Avenue, Suite 3900 |
| Los Angeles, CA 90067 | Seattle, WA 98154 |
| Telephone: 310.556.3501 | Telephone: 206.625.8600 |
| Email: djonelis@lavelysinger.com | Email: mmoore@corrcronin.com |
| Email: mdsinger@lavelysinger.com | Email: elindberg@corrcronin.com |
| | |
| James George Sammataro | *Attorneys for the Soundgarden Parties* |
| Brandon S. Everman | |
| **PRYOR CASHMAN LLP** | |
| 201 South Biscayne Blvd., Suite 2700 | |
| Miami, FL 33131 | |
| Telephone: 786.582.3010 | |
| Email: jsammataro@pryorcashman.com | |
| Email: beverman@pryorcashman.com | |

*Attorneys for Plaintiffs*

STIPULATION AND ORDER OF DISMISSAL
WITH PREJUDICE
No. 2:20-cv-01218-RSL-MLP – 2

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104
Tel (206) 625-8600
Fax (206) 625-0900

1  *s/ Eliot M. Harris*
2  Eliot M. Harris, WSBA No. 36590
   Sean D. Leake, WSBA No. 52658
3  **WILLIAMS KASTNER & GIBBS PLLC**
   601 Union Street, Suite 4100
4  Seattle, WA  98101
   Telephone:  206.628.6600
5  Email: eharris@williamskastner.com
   Email: dleake@williamskastner.com
6
7  *Attorneys for Cal Financial Group, Inc. and Rit Venerus*
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

STIPULATION AND ORDER OF DISMISSAL
WITH PREJUDICE
No. 2:20-cv-01218−RSL−MLP – 3

CORR CRONIN LLP
1015 Second Avenue, Floor 10
Seattle, Washington 98104
Tel (206) 625-8600
Fax (206) 625-0900

**ORDER**

This matter comes before the Court on the stipulation of All Parties, and based on the above stipulation now, therefore, it is hereby ORDERED that all claims between and among the parties are hereby dismissed, with prejudice and without costs or attorneys' fees awarded to any party.

DATED this 3rd day of April, 2024.

_____
HONORABLE ROBERT S. LASNIK
United States District Chief Judge

Presented by:

| | |
|---|---|
| *s/ David Binder Jonelis* | *s/ Eric A. Lindberg* |
| William C. Rava, WSBA No. 29948 | Gabriel G. Gregg |
| Alison R. Caditz, WSBA No. 51530 | Claire Mitchell |
| **PERKINS COIE LLP** | **RIMON PC** |
| 1201 Third Avenue, Suite 4900 | 800 Oak Grove Ave, Suite 250 |
| Seattle, WA 98101-3099 | Menlo Park, CA 94025 |
| Telephone: 206.359.8000 | Telephone: 408.669.5354 |
| Email: WRava@perkinscoie.com | Email: gabriel.gregg@rimonlaw.com |
| Email: ACaditz@perkinscoie.com | Email: claire.mitchell@rimonlaw.com |
| | |
| David Binder Jonelis | Michael A. Moore, WSBA No. 27047 |
| Martin D Singer | Eric A. Lindberg, WSBA No. 43596 |
| **LAVELY & SINGER** | **CORR CRONIN LLP** |
| 2049 Century Park East, Suite 2400 | 1001 Fourth Avenue, Suite 3900 |
| Los Angeles, CA 90067 | Seattle, WA 98154 |
| Telephone: 310.556.3501 | Telephone: 206.625.8600 |
| Email: djonelis@lavelysinger.com | Email: mmoore@corrcronin.com |
| Email: mdsinger@lavelysinger.com | Email: elindberg@corrcronin.com |
| | |
| James George Sammataro | *Attorneys for the Soundgarden Parties* |
| Brandon S. Everman | |

STIPULATION AND ORDER OF DISMISSAL
WITH PREJUDICE
No. 2:20-cv-01218−RSL−MLP – 4

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104
Tel (206) 625-8600
Fax (206) 625-0900


**PRYOR CASHMAN LLP**
201 South Biscayne Blvd., Suite 2700
Miami, FL  33131
Telephone: 786.582.3010
Email: jsammataro@pryorcashman.com
Email: beverman@pryorcashman.com

*Attorneys for Plaintiffs*

*s/ Eliot M. Harris*
Eliot M. Harris, WSBA No. 36590
Sean D. Leake, WSBA No. 52658
**WILLIAMS KASTNER & GIBBS PLLC**
601 Union Street, Suite 4100
Seattle, WA  98101
Telephone:  206.628.6600
Email: eharris@williamskastner.com
Email: dleake@williamskastner.com

*Attorneys for Cal Financial Group, Inc. and Rit Venerus*

STIPULATION AND ORDER OF DISMISSAL
WITH PREJUDICE
No. 2:20-cv-01218−RSL−MLP – 5

Corr Cronin LLP
1015 Second Avenue, Floor 10
Seattle, Washington 98104
Tel (206) 625-8600
Fax (206) 625-0900